# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                          Case No. 17−30706
                                                                                                          Chapter 13

Natasha S Shuford ,

      Debtor.

## ORDER

This case is before the court on the following matter:

*30* − Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien Judicial Lien−Discover Bank. filed by Paul D. Esco on behalf of Natasha S Shuford. Responses due by 05/3/2019. (Esco, Paul)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated May 4, 2019

                                                                            Bess M. Parrish Creswell
                                                                            United States Bankruptcy Judge

In re:                                                                Case No. 17-30706-BPC
Natasha S Shuford                                                     Chapter 13
      Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 1127-2        User: admin            Page 1 of 2            Date Rcvd: May 06, 2019
                            Form ID: ADI9007       Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
```
db         +Natasha S Shuford,    4316 Delmar Drive,    Montgomery, AL 36109-2503
cr         +The Health Care Authority For Baptist Health, An A,    c/o Chambless-Math & Carr, PC,
             5720 Carmichael Road,    Montgomery, AL 36117-2312
3727011    +Acs/jp Morgan Chase Ba,    501 Bleecker St,    Utica, NY 13501-2401
3727012    +Alatelco Credit Union,    c/o Cloud & Tidwell,    1625 Richard Arrington Jr. Blvd. South,
             Birmingham, AL 35205-4901
3727015    +Animal Hospital of Montgomery,    3310 Atlanta Highway,    Montgomery, AL 36109-2702
3727019    +Capital Pawn Shop Inc.,    4359 Troy Highway,    Montgomery, AL 36116-4105
3727020    +Cash Express Collections,    810A Boll Weevil Cricle,    Enterprise, AL 36330-2395
3727021    +Cash Loans,    33 South Perry Street,    Montgomery, AL 36104-3756
3727022    +Check 'n Go,    4540 Cooper Road,    Suite 305,    Cincinnati, OH 45242-5649
3727023    +Cmppntrs/auburn Univ M,    2400 Reynolda Rd,    Winston Salem, NC 27106-4606
3727024    +Credence Resource Management,    Po Box 2300,    Southgate, MI 48195-4300
3727025    +Credit Management, LP,    The Offices of Credit Management, LP,    Po Box 118288,
             Carrolton, TX 75011-8288
3727026    +Cutter Group LLC,    c/o National Credit Adjustors,    P.O. Box 3023,    Hutchinson, KS 67504-3023
3727027    +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
3727028    +Discover Bank fka Greenwood Trust Co,    c/o David Hall Ward, Esquire,    1024 52nd Street S,
             Birmingham, AL 35222-3945
3727030    +Dr. Allen H. Stern, DPM,    1558 E Trinity Blvd,    Montgomery, AL 36106-3609
3772189     Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
3740270   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
           (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
             Detroit, MI.  48255-0953)
3727032    +Holloway Credit Solutions,    Po Box 6441,    Dothan, AL 36302-6441
3727033     Holloway Credit Solutions, LLC,    Post Office Box 230609,    Montgomery, AL 36123-0609
3727034    +Horizon Opportunities LLC,    150 East Robinson Street,    Unit 807,    Orlando, FL 32801-1938
3727035    +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
3727038    +Island Finance LLC,    P.O. Box 330,    Hays, MT 59527-0330
3727042    +Maury Cobb Attorney at Law LLC,    301 Beacon Parkway West; Ste 100,    Birmingham, AL 35209-3103
3727043    +Neighborhood Cash Advance,    5928 Wares Ferry Road,    Montgomery, AL 36117-3212
3727045    +Quest Diagnostics,    P.O Box 7306,    Hollister, MO 65673-7306
3727046     Richard C. Dean, Jr., Esquire,    Post Office Box 1028,    Montgomery, AL 36101-1028
3741307     Riley Trehern, D.M.D., P.C.,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
             Montgomery, AL 36101-1028
3727047    +Riley Trehern, DMD,    1901 Mulberry Street,    Montgomery, AL 36106-1626
3808849    +THE HEALTH CARE AUTH., dba BAPTIST EAST,    c/o CHAMBLESS-MATH & CARR, PC,    P.O. BOX 230759,
             MONTGOMERY, AL 36123-0759
3838009     U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
             Harrisburg, PA  17106-9184
3826493     US Department of Education,    P.O. Box 16448,    St. Paul, MN 55116-0448
3727052    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
3727056    +Westgate Group LLC,    c/o National Group LLC,    P.O. Box 025250, #14118,    Miami, FL 33102-5250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3808827    +E-mail/Text: g20956@att.com May 06 2019 21:35:18     AT&T Mobility II LLC,
             %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
3727016    +E-mail/Text: g20956@att.com May 06 2019 21:35:19     AT&T Wireless,    Post Office Box 538695,
             Atlanta, GA 30353-8695
3727014    +E-mail/Text: bsimmons@amsher.com May 06 2019 21:35:15     Amsher Collection Services Inc,
             4524 Southlake Pkwy; Ste 15,    Birmingham, AL 35244-3271
3727017    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2019 21:36:33      Capital 1 Bank,
             Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
3727018    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2019 21:36:34      Capital One Bank,
             P.O. Box 60599,    City of Industry, CA 91716-0599
3727029     E-mail/Text: bankruptcynotices@dcicollect.com May 06 2019 21:35:16
             Diversified Consultants, Inc.,    Post Office Box 551268,    Jacksonville, FL 32255-1268
3727037    +E-mail/Text: cio.bncmail@irs.gov May 06 2019 21:34:13     Internal Revenue Service,
             2525 Capitol Street,    Suite 107, M/S INSOLVENCY,    Fresno, CA 93721-2227
3727040    +E-mail/Text: JCAP_BNC_Notices@jcap.com May 06 2019 21:34:59     Jefferson Captial Systems,
             PO Box 772813,    Chicago, IL 60677-0113
3727041    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 06 2019 21:35:35       Labcorp,
             c/o Credit Collection Services,    Two Wells Avenue, Dept. 587,    Newton Center, MA 02459-3225
3799389     E-mail/PDF: pa_dc_claims@navient.com May 06 2019 21:36:00
             Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
             Wilkes-Barre, PA 18773-9635
3727044    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 06 2019 21:35:35       Quest Diagnostics,
             c/o Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3225
3727050     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 06 2019 21:36:29      T-Mobile,
             PO Box 629025,    El Dorado Hills, CA 95762
3727049     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 06 2019 21:36:09      T-Mobile,
             Post Office Box 660252,    Dallas, TX 75266-0252
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3727048        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 06 2019 21:36:29      T-Mobile,
                 Post Office Box 742596,    Cincinnati, OH 45274-2596
3727013        E-mail/Text: bankruptcy@tritonmgt.com May 06 2019 21:35:21      Always Money,
                 447 North Eastern Boulevard,    Montgomery, AL 36117
3727051        E-mail/Text: carol.brensing@usdoj.gov May 06 2019 21:34:01      U.S. Attorney's Office (IRS),
                 Post Office Box 197,    Montgomery, AL 36101-0197
3727053       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 06 2019 21:33:48
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
3727054       +E-mail/Text: bankruptcy@westernshamrockcorp.com May 06 2019 21:34:51      Western Finance,
                 177 A Eastern Boulevard,    Montgomery, AL 36117-2007
3727055       +E-mail/Text: bankruptcy@westernshamrockcorp.com May 06 2019 21:34:51      Western Shamrock Corp,
                 801 S Abe St,    Ste A,    San Angelo, TX 76903-6735
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3727039        JD Marketing Group
cr*            Riley Trehern, D.M.D., P.C.,    c/o Richard C. Dean, Jr.,    P.O. Box 1028,
                 Montgomery, AL  36101-1028
3727031*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,    PO Box 6275,    Dearborn, MI 48121)
3727036*       Internal Revenue Service,    Post Office Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2019 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    The Health Care Authority For Baptist Health, An
               Affiliate Of UAB Health System DBA Baptist East noticesmd@chambless-math.com
              Paul D. Esco    on behalf of Debtor Natasha S Shuford paul.esco@aol.com,
               lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com
              Richard C. Dean, Jr.    on behalf of Creditor    Riley Trehern, D.M.D., P.C. rdean@mindspring.com,
               collector2@deanlawfirm.org;collector5@deanlawfirm.org
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen Bulgarella    on behalf of Creditor    REGIONS BANK DBA REGIONS MORTGAGE
               bankruptcy@sirote.com
                                                                                             TOTAL: 6
```