# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| NATASHA SHUFORD, XXX-XX-3598, | * | Case No. 17-30706 |
| | * | |
| Debtor. | * | Chapter 13 |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Application to Employ Professional Persons pursuant to 11 U.S.C. § 327.

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain Earl P. Underwood, Jr. of the firm Underwood & Riemer, P.C. in Fairhope, Baldwin County, Alabama, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against Ford Motor Company. This cause of action is purchase of a defective vehicle that occurred on or about 1/24/2012. This attorney was previously retained by the Debtor.

I, Earl P. Underwood, Jr., am duly licensed to practice law in the State of Alabama.

I, Earl P. Underwood, Jr., was initially employed by the debtor to represent her and am familiar with the facts and legal issues involved in the case.

I, Earl P. Underwood, Jr., do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by me in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, Earl P. Underwood, Jr. have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with Earl P. Underwood, Jr for representation regarding the cause of action. The terms of the contract include 40% Attorney Fees plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: None. The attorney understands he/she must make application to the Court for approval of his/her fees and expenses. However, if there is no recovery, Earl P. Underwood, Jr. acknowledges that the bankruptcy estate of Natasha Shuford shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of Earl P. Underwood, Jr. to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, I will

apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 13th day of August 2019

/s/Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**

**Of Counsel:**
**Underwood & Riemer, P.C.**
**21 South Section Street**
**251-990-5558 (telephone)**
**251-990-0626 (facsimile)**
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I, Earl P. Underwood, Jr., certify that I have served a copy of the foregoing Application For Employment of Professional Person For a Specific Purpose on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 13th day of August 2019.

/s/Earl P. Underwood, Jr.
**Earl P. Underwood, Jr.**

Natasha Shuford
4316 Delmar Drive
Montgomery, AL 36109

Paul D. Esco, Debtors Bankruptcy Attorney, via electronic mail

Sabrina L. McKinney, Chapter 13 Standing Trustee, via electronic mail

Danielle Greco, Bankruptcy Administrator, via electronic mail