**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**


In re                                                                    Case No. 17–30706
                                                                         Chapter 13
Natasha S Shuford ,

      Debtor.


### ORDER

    This case is before the court on the following matter:


*43* – Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 . filed by Earl P Underwood Jr. on behalf of Natasha S Shuford. Responses due by 09/6/2019. (Attachments: # 1 Affidavit) (Underwood, Earl)


    It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.


Dated September 7, 2019


William R. Sawyer
United States Bankruptcy Judge